151 So. 920

## G. G. DALLY v. O. R. WOODALL et al.

6 Div. 322.

Supreme Court of Alabama.

Dec. 1, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

153 So. 917

## Ex parte Russ DANIEL.

6 Div. 464.

Supreme Court of Alabama.

Nov. 2, 1933.

Rehearing Denied March 22, 1934.

PER CURIAM.

Rule nisi denied. Jaffee v. Leatherman, 226 Ala. 182, 146 So. 273.

153 So. 917

## ELLIS JEWELRY CO. et al. v. B. R. PEGRAM et al.

6 Div. 190.

Supreme Court of Alabama.

March 29, 1934.

Ernest Matthews, of Birmingham, for appellants.

A. Leo Oberdorfer, of Birmingham, and Sanders & Sanders, of Ensley, for appellees.

GARDNER, Justice.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

154 So. 917

## I. M. EUBANKS et al. v. E. B. SOPER, Rec'r, etc.

8 Div. 544.

Supreme Court of Alabama.

May 17, 1934.

PER CURIAM.

Appeal dismissed for want of prosecution.

153 So. 917

## FEDERAL LAND BANK OF NEW ORLEANS v. W. O. STUCKEY.

4 Div. 738.

Supreme Court of Alabama.

March 29, 1934.

PER CURIAM.

Appeal dismissed for want of prosecution.

151 So. 920

## FORT DEARBORN INSURANCE CO. v. D. Auburn MOORE.

6 Div. 379.

Supreme Court of Alabama.

Dec. 1, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.